IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KARTEAU O. JENKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, WILLIAM T. MOORE, BRENT MINTON, NOAH ABRAMS, WILLIAM TURNER, FRANK PENNINGTON, CHRISTOPHER RAY, and MAGISTRATE JUDGE G. R. SMITH,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-125 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 16, 2021, Report and Recommendation, (doc. 30), to which no objections have been filed. For the reasons discussed by the Magistrate Judge, Plaintiff's claims of abuse of judicial authority, malicious prosecution, and ineffective assistance of counsel and his undefined claims against the United States fail. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 30). This case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA